UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 11-81-KSF

LM INSURANCE CORPORATION
and LIBERTY MUTUAL FIRE
INSURANCE COMPANY                                                    PLAINTIFFS

v.                                    **OPINION & ORDER**

CANAL INSURANCE COMPANY                                        DEFENDANT

\* \* \* \* \* \* \* \*

Currently before the Court are the motions of the Plaintiffs, LM Insurance Corporation and Liberty Mutual Fire Insurance Company, for judgment in accordance with this Court's Opinion & Order entered on March 22, 2012 [DE #33, 34]. In conjunction with these motions, the Plaintiffs have also submitted a proposed Amended Judgment in the amount of $421,925.51, plus prejudgment interest in the amount of $48,554.90, plus its taxable costs in the amount of $364.50. Also pending before the Clerk is the Plaintiffs' Bill of Costs in the amount of $364.50 [DE #35].

In accordance with its Opinion & Order of March 22, 2012, the Court hereby **ORDERS** as follows:

(1)   the Plaintiffs' motions for judgment [DE #33,34] are **GRANTED** to the extent that judgment in the amount of $421,925.51, plus prejudgment interest in the amount of $48,554.90, for a total of $470,480.41, but **DENIED** as premature with respect to the requested costs; and

(2)   the Plaintiffs' Bill of Costs is **REFERRED** to the Clerk of Court pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

This April 19, 2012.



Signed By:
_Karl S. Forester_  K S F
United States Senior Judge